UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20037-CIV-SEITZ/MCALILEY

In Re: Letter of Request from Costa Rica For Judicial
Assistance in The Criminal Matter of Maria del Carmen
Cruz Lizano
_____/

### ORDER DENYING APPLICATION FOR ORDER PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1782

THIS CAUSE is before the Court on the United States' Application for Order Pursuant to Title 28, United States Code, Section 1782 [DE 1]. The Applicant seeks an Order appointing Assistant United States Attorney Peter B. Outerbridge as Commissioner of this Court for the purposes of collecting evidence with regard to the Criminal Matter of Maria del Carmen Cruz Lizano taking place in Costa Rica. In support of its application, the Applicant states that the request for evidence submitted by the Public Ministry of Costa Rica indicates that Ms. Cruz Liziano is being investigated for fraud. Specifically, the request seeks evidence regarding the following allegations. Ms. Cruz Liziano worked for Intrade ABC S.A. as a salesperson selling closed circuit television systems and that on August 22, 2000, she sold a system for $5,151.84 to Casino Central. Ms. Cruz Liziano then picked up the check, against the orders from her employer, and deposited it in the company's account. The check is believed to have been issued from a stolen checkbook, it had previously been cancelled and the issuer was not the owner of the Casino Central. The request also seeks assistance in obtaining bank account information from several banks in Miami, Florida.

The Letters Rogatory from the competent judicial authorities in Costa Rica, which the Applicant uses to support its Application, however, does not mention Ms. Cruz Liziano. The investigation by the District Attorney's Office in Costa Rica discussed in the Letters Rogatory relates to activities carried out by La Nacion, S.A., a company in the communication field producing both newspapers and magazines. Specifically, the District Attorney's Office is scrutinizing the taxation status of the simultaneous sale and leasing of rotary presses (machinery used for newspaper material printing) to Capital Leasing Corporation, which is located in Belize.

An application pursuant to 28 U.S.C. § 1782 requires that the evidence sought be relevant and used in a

proceeding in a foreign or international tribunal.  28 U.S.C § 1782; *In re Application pursuant to 28 U.S.C. 1782 for an Order permitting BAYER AG*, 146 F.3d 188, 193-95 (3d Cir. 1998).  Here, the Letters Rogatory included in the application do not correspond to the present application for Appointment of a Commissioner, or such Letters fail to explain the link between Ms. Cruz Liziano and La Nacion's sale and lease transactions with Capital Leasing Corporation.  Thus, the Applicant has neither shown that the evidence sought is relevant or to be used in a proceeding in a foreign or international tribunal.

Accordingly, it is hereby

ORDERED that the United States' Application for Order Pursuant to Title 28, United States Code, Section 1782 [DE 1] is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Miami, Florida this <u>16th</u> day of January, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record